FILED
 2016 Jun-13  AM 09:01
U.S. DISTRICT COURT
    N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| AMY WHITLOCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16-cv-00386-KOB |
| ATLANTIC CREDIT AND FINANCE, INC., | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, AMY WHITLOCK, ("Plaintiff"), through her attorney, M. Brandon Walker, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ATLANTIC CREDIT & FINANCE, INC.

RESPECTFULLY SUBMITTED,

DATED: June 10, 2016        By: /s/M. Brandon Walker
                                M. Brandon Walker
                                Walker McMullan, Attorneys
                                242 West Valley Avenue, Suite 312
                                Birmingham, AL 35209
                                Tel: 205-417-2541
                                E-mail: brandon@walkermcmullan.com
                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On June 10, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense counsel, Neal D. Moore, at ndm@ffmylaw.com.

By:/s/Jackie Laino
Jackie Laino